UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OSSIE D. FOULKS,

    Defendant.

Case No. 10-cv-40002-JPG

## **MEMORANDUM AND ORDER**

This matter comes before the Court on defendant Ossie D. Foulks's note (Doc. 50), which the Court construes as a motion for free copies of his plea agreement and docket sheet. This is his second request for free copies of these materials.

As the Court told Foulks in response to his first request for copies, defendants have no constitutional right to a complimentary copy of any document in their court files. *See United States v. Groce*, 838 F. Supp. 411, 413, 414 (E.D. Wis. 1993). Before providing copies free of charge, a district court may require the requestor to show: (1) that he has exhausted *all* other means of access to his files (*i.e.*, through his trial and appellate counsel), (2) that he is financially unable to secure access to his court files (*i.e.*, through a showing similar to that required in 28 U.S.C. § 1915(a)(2) which includes a certified copy of the prisoner's trust account for the previous six-month period prior to filing), and (3) that the documents requested are necessary for some specific non-frivolous court action. *See United States v. Wilkinson*, 618 F.2d 1215, 1218-19 (7th Cir. 1980); *Rush v. United States*, 559 F.2d 455, 459 (7th Cir. 1977); *Groce*, 838 F. Supp. at 413-14. These minimal requirements do not impose any substantial burden to financially unable prisoners who desire their records be sent to them at government expense.

Foulks has not established that he is indigent and unable to pay for the documents he seeks or that he has exhausted all other means of access to his files such as through his trial counsel. Most importantly, however, Foulks has not shown that he has a pending, non-frivolous action for which the documents are needed. For these reasons, the Court **DENIES** Foulks's motion (Doc. 50) **without prejudice** to another motion that makes the required showing.

**IT IS SO ORDERED.**
**DATED: March 7, 2018**

                                     s/ J. Phil Gilbert
                                     **J. PHIL GILBERT**
                                     **DISTRICT JUDGE**